IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 1:06-CR-29-MMP/AK

PETER A. ANTON AND
EDNA A. ANTON,
    Defendants.
                                        /

## ORDER DENYING MOTION TO MODIFY

The cause is before the Court on the Government's Motion (Doc. 25) To Modify The Court's Order (Doc. 24). On August 23, 2006, the Court arraigned Defendants Peter and Edna Anton following which they were released under certain terms and conditions of supervision. As one of the conditions for supervised release, both defendants consented to protective searches of their residence for firearms or other dangerous weapons by the Court's probation officer. The searches were authorized for the protection and personal safety of the Court's probation release officer who would continue supervisory visits at the residence. The property seized in the probation officer's inventory was turned over to the U S Marshal's Office for disposition in accordance with Government regulations. Seizure of these materials for purposes of criminal investigation may be sought through Rule 41 of the Federal Rules of Criminal Procedure. The Government's motion to modify it's order of property disposition is **DENIED.**

**DONE AND ORDERED** this 30th day of August, 2006.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE