IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,
EDNA A. ANTON,

     Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 44, Motion to Continue filed by Peter Anton, and Doc. 45, Motion to Unseal Document filed by Edna Anton.  A hearing was held on Friday, October 6, 2006.  Defendant Peter Anton requests a 60-day continuance for discovery purposes. During the hearing, Defendant Edna Anton requested a continuance as well so that the co-defendants can be tried together.  The Government does not object to either continuance, and each defendant waives their right to a speedy trial.  The Court finds that the interests of justice are served by granting these continuances, and outweigh any countervailing interests in a speedy trial.  *See, e.g.,* 18 U.S.C. § 3161(h)(7) (finding the interests of justice served outweigh the interests of the public and the defendant in a speedy trial and excusing a reasonable period of delay to try the defendants together from the computation of the time for commencement of a criminal trial.)  Accordingly, the motions are granted and the trial currently set for Tuesday, October 10, 2006, is reset for Tuesday, December 12, 2006 at 12:30.

In her Motion to Unseal Document, Doc. 45, Defendant Edna Anton requests that the affidavit in support of the search warrant served upon Defendant be unsealed so that she may review the document to prepare her defense.  During the hearing, Defendant Peter Anton also

joined the motion.  The Government does not object to either request.  Because the Court finds that this document is material to preparing the defense, the motion is granted.  Accordingly, it is hereby

> **ORDERED AND ADJUDGED:**
>
> 1. Defendants' Motion to Continue, Doc. 44, is granted, and the trial is continued to Tuesday, December 12, 2006 at 12:30.
>
> 2. Defendants' Motion to Unseal, Doc. 45, is granted, and the Clerk is directed to unseal the affidavit in support of the search warrant and forward a copy to each defendant.
>
> **DONE AND ORDERED** this   *10th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge