IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00029-MP-AK

PETER A. ANTON,
EDNA A. ANTON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on a status conference held on Wednesday, March 28, 2007. During the conference, Defendant Edna Anton stated that because her Motion to Sever Defendant, Doc. 71, was previously granted, she requests a continuance of her trial so that her co-defendant may be tried first and offer testimony during her trial. This request is granted, and Edna Anton's trial, currently set for April 10, 2007, is continued to Tuesday, May 8, 2007. Also during the conference, counsel for Defendant Peter Anton inquired into the possibility of entering a conditional plea of guilty, so that certain legal and evidentiary issues would be preserved for review on appeal. The Government did not object, and counsel for Peter Anton requested an opportunity to discuss this issue with his client prior to trial. Therefore, a telephone status conference regarding the trial of Defendant Peter Anton is scheduled for Wednesday, April 4, 2007, at 9:00 a.m.

    **DONE AND ORDERED** this   *28th* day of March, 2007

                       *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge