IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:06-cr-00029-MP-AK

EDNA A. ANTON,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 170, Motion for New Trial, and Doc. 171, Motion for Judgment of Acquittal, filed by Defendant Edna Anton. After a jury trial, Defendant was convicted of one count of aiding and abetting the possession of a firearm by a previously convicted felon. In her motions, Defendant Anton argues that there is insufficient evidence to sustain the verdict, and she requests either a new trial, or for the Court to set aside the guilty verdict and enter a judgment of acquittal.

    The Government has filed a Response in Opposition, Doc. 172, stating that the Defendant previously made an argument for a judgment of acquittal, which was denied, and that the instant motion merely repeats the substance of the previous argument, and fails to raise any new factual allegations not previously considered by the Court. Also, because the evidence does not preponderate heavily against the verdict, the Government argues that Defendant's Motion for New Trial should be denied. After considering the matter, the Court finds that the evidence presented at trial supports the verdict reached. The jury was instructed that mere presence at the scene of a crime was insufficient to sustain a conviction for aiding and abetting, and the jury heard Defendant's argument on this issue, but decided against it. Therefore, Defendant's motions are denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Defendant Anton's Motion for New Trial, Doc. 170, is denied.

2. Defendant Anton's Motion for Judgment of Acquittal, Doc. 171, is denied.

**DONE AND ORDERED** this  *21st* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge